FILED
00 FEB 29 PM 4: 1
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MAURICE JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-C-3115-S |
| GEORGE ALLEN MEIGHEN, JR., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)because plaintiff is seeking relief from a defendant who is immune from suit. A Final Judgment will be entered.

DATED this 29th day of February, 2000.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED
MAR 1 2000

